IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02851-JLK-NRN

WAYNE CORPODIAN,

    Plaintiff,

v.

LAZYDAYS MILE HI RV, LLC; and,
LAZYDAYS HOLDINGS, INC.
a/k/a LAZYDAYS RV HOLDINGS CORPORATION,

    Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE
---

THIS MATTER, having come before the Court on the Parties' Stipulated Motion for Dismissal with Prejudice (ECF No. 49), and the Court being fully advised in the premises,

HEREBY GRANTS the Motion. All claims arising between these parties are hereby dismissed, with prejudice, with each party being responsible for their respective costs and fees.

Dated this 17th day of April, 2024.

BY THE COURT:

_____
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE